

Payroll Operations
5400 Legacy Drive
H3-2E-82
Plano, TX 75024
(972) 605 7213
http://infocentre.eds.com/us/people/pe_payroll.html

```
Company: EDS Corporation                    Period ending: 04/13/2008      Personnel no:  1037390
Name: AUDET , DENISE                        Payroll Area: U5 US Bi-weekly-U5
```

| Pay summary | Amount | YTD Amount | Tax information | Status | Exemption | Add'nl withholding |
|---|---:|---:|---|---|---|---:|
| Gross Wages | 1,472.32 | 11,204.61 | Federal | Single | 00 | 5.00 |
| Federal Taxable Gross | 1,358.52 | 10,325.21 | Connecticut | Status | 00 | 5.00 |
| Taxes | 348.72- | 2,622.55- | | | | |
| Deductions | 120.69- | 935.55- | | | | |
| Payment | 1,002.91 | 7,646.51 | | | | |

| Earnings/deductions | Current period values | | | Retrocalculated values | | | Year to date |
|---|---|---|---|---|---|---|---|
| | Number | Rate | Amount | Number | Rate | Amount | YTD Amount |
| **Regular** | | | | | | | |
| Hourly Pay | | 13.76 | | | | | |
| Regular hours worked | 80.00 | 13.76 | 1,100.80 | | | | 7,994.58 |
| Regular hours worked SH2 | | | | | | | 192.42 |
| **Overtime** | | | | | | | |
| Weekly OT at x1.5 rte (H) | 18.00 | 20.64 | 371.52 | | | | 2,115.25 |
| **Additional** | | | | | | | |
| Total paid absences SH1 | | | | | | | 902.36 |
| **Benefits** | | | | | | | |
| Med. Admin. Fee | | | 0.92- | | | | 7.36- |
| Post-tax Supplemental LTD | | | | | | | 1.03- |
| Post-tax Group Legal Svcs | | | 6.89- | | | | 55.12- |
| Pre-Tax Vision | | | 0.92- | | | | 7.36- |
| Medical | | | 18.30- | | | | 150.36- |
| Dental | | | 5.08- | | | | 41.04- |
| PAI | | | 2.22- | | | | 16.28- |
| Life Cash Back | | | 1.98 | | | | 15.33 |
| **Deferrals** | | | | | | | |
| 401(k) Plan | 6.00- | | 88.34- | | | | 672.33- |
| **Employee Taxes** | | | | | | | |
| Federal | | | | | | | |
|   Withholding Tax | | | 184.01- | | | | 1,395.54- |
|   EE Social Security Tax | | | 89.71- | | | | 681.85- |
|   EE Medicare Tax | | | 20.98- | | | | 159.46- |
| Connecticut | | | | | | | |
|   Withholding Tax | | | 54.02- | | | | 385.70- |

General notifications:

| Entitlement remaining on: 04/13/2008 | | | Personal notifications: |
|---|---|---|---|
| PTO | 204.00000 | Hours | |
| PTO Carryover | 8.00000 | Hours | |

| Deposit date | Amount | Account number | S/C |
|---|---|---|---|
| 04/18/2008 | 25.00 | 4720105843 | S |
| 04/18/2008 | 977.91 | 4240092116 | C |