Form ctmdsmcs

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In Re: Denise M. Audet  
Debtor(s)

Case No.: 08−31595  
Chapter: 7

**COURT'S MOTION TO DISMISS FOR FAILURE TO:**

**Pay Filing Fee**