## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years including married, maiden, trade and address):
Denise M. Audet
7 Burgundy Hill Lane
Middletown, CT 06457

Case No.: 08−31595

Chapter.:7

## ORDER DISMISSING CHAPTER 7 CASE

____ The debtor has filed a motion in accordance with 11 U.S.C.§707 seeking to dismiss this case, and it appears that the case has not been converted previously under 11U.S.C.§1307, §1112 or §1208

____ A party in interest,  ,has filed a motion in accordance with 11 U.S.C.§707 seeking to dismiss this case. The court finds, after notice and a hearing, that the motion should be granted.

XXX A court's motion having been heard for <u>failure to pay filing fee</u> . The court finds, after notice and a hearing, that the motion should be granted.

**IT IS ORDERED THAT :**

   1. This chapter 7 case is dismissed.


   [other]


Date:                                                                       _____
                                                                                    Albert S. Dabrowski
                                                                            Chief Judge United States Bankruptcy Judge