**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)      Case Number **08–31595 asd**

# UNITED STATES BANKRUPTCY COURT
### District of Connecticut

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/16/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Denise M. Audet
7 Burgundy Hill Lane
Middletown, CT 06457

| Case Number:* <br> 08–31595 asd | Social Security/Taxpayer ID/Employer ID/Other Nos.: <br> xxx–xx–7754 |
|---|---|
| Attorney for Debtor(s) (name and address): <br> David S. Seidman <br> 1080 Elm Street <br> Suite 100 <br> Rocky Hill, CT 06067 <br> Telephone number: (860) 563–7866 | Bankruptcy Trustee (name and address): <br> Bonnie C. Mangan <br> Law Office of Bonnie C. Mangan <br> 1050 Sullivan Avenue <br> Suite A3 <br> South Windsor, CT 06074 <br> Telephone number: (860) 644–4204 |

## Meeting of Creditors

Date: **June 19, 2008**      Time: **02:30 PM**

Location: **The Giaimo Federal Building, 150 Court Street, Room 309, at intersection of Court and Orange St., New Haven, CT 06510**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 8/18/08**

**"Discharge will not enter unless a Financial Management Certificate is filed by 8/18/08.
Please note: This is not the same as the pre–filing credit counseling certificate."**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.
**\*THE BANKRUPTCY CASE NUMBER, INCLUDING THE INITIALS OF THE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED BE TYPED ON EACH SUBSEQUENT PLEADING PURSUANT TO DISTRICT COURT LOCAL RULE 6 AND BANKRUPTCY COURT LOCAL RULE 1001.1**

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** <br> Connecticut Financial Center <br> 157 Church Street <br> 18th Floor <br> New Haven, CT 06510 <br> Telephone number: 203–773–2009 <br> NOTE: VCIS 24 hour Information Toll Free 1–800–800–5113 | **For the Court:** <br> Clerk of the Bankruptcy Court: <br><br> *Deborah S. Hunt* <br><br> Deborah S. Hunt |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 5/19/08 |

**EXPLANATIONS**  B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0205-3            User: vankruini               Page 1 of 1             Date Rcvd: May 19, 2008
Case: 08-31595                  Form ID: B9A                  Total Served: 25
```

```
The following entities were served by first class mail on May 21, 2008.
db           +Denise M. Audet,    7 Burgundy Hill Lane,    Middletown, CT 06457-6327
aty          +David S. Seidman,    1080 Elm Street,   Suite 100,   Rocky Hill, CT 06067-1844
tr           +Bonnie C. Mangan,    Law Office of Bonnie C. Mangan,    1050 Sullivan Avenue,   Suite A3,
               South Windsor, CT 06074-2043
smg         ++CONNECTICUT DEPARTMENT OF REVENUE SERVICES,    C & E DIVISION BANKRUPTCY UNIT,
               25 SIGOURNEY STREET,    HARTFORD CT 06106-5041
             (address filed with court: State of CT Dept. of Revenue Services,
               Collections and Enforcement Div.,   25 Sigourney Street,    Hartford, CT  06106)
ust          +U. S. Trustee,    Office of the U.S. Trustee,    Giamo Federal Building,
               150 Court Street, Room 302,    New Haven, CT 06510-2022
6771419       Bank of America,    P.O. 15726,   Wilmington, DE 19886-5726
6771424      +Citi Cards,    P.O. Box 45129,   Jacksonville, FL 32232-5129
6771423       Citi Cards,    P.O. Box 183052,   Columbus, OH 43218-3052
6771426       Exxon Mobil,    Credit Card Center,   P.O. Box 688940,    Des Moines, IA 50368-8940
6771427      +GC Services LP,    P.O. Box 26999,   San Diego, CA 92196-0999
6771428      +Howard Lee Schiff, PC,    P.O. Box 280245,   East Hartford, CT 06128-0245
6771431      +NCO Finacial Systems, Inc.,    4740 Baxter Road,   Virginia Beach, VA 23462-4484
6771430       National Financial Systems,    600 W. John Street,    P.O. Box 9041,   Hicksville, NY 11802-9041
6771432       Sears Credit Cards,    P.O. Box 183082,   Columbus, OH 43218-3082
6771433      +The New England Athletic Club,    6 Progress Drive,    Cromwell, CT 06416-1034
6771434       The Palmer Firm,    P.O. Box 1700,   Rancho Cucamonga, CA 91729-1700
6771435      +Warranty Financial LLC,    300 S Wacker Dr., Ste. 2250,   Chicago, IL 60606-6700
6771436       Wells Fargo,    P.O. Box 6412,   Carol Stream, IL 60197-6412
6771437      +Wells Fargo Card Services,    P.O. Box 9210,   Des Moines, IA 50306-9210

The following entities were served by electronic transmission on May 19, 2008.
6771418       EDI: AMEREXPR.COM May 19 2008 15:58:00       American Express,   P.O. Box 1270,
               Newark, NJ 07101-1270
6771419       EDI: BANKAMER2.COM May 19 2008 15:58:00       Bank of America,   P.O. 15726,
               Wilmington, DE 19886-5726
6771420       EDI: CAPITALONE.COM May 19 2008 15:58:00       Capital One,   P.O. Box 70884,
               Charlotte, NC 28272-0884
6771421       EDI: CHASE.COM May 19 2008 15:58:00       Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
6771422       EDI: CHASE.COM May 19 2008 15:58:00       Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
6771425       EDI: DISCOVER.COM May 19 2008 15:58:00       Discover Card,   P.O. Box 15251,
               Wilmington, DE 19886-5251
6771429      +EDI: RMSC.COM May 19 2008 15:58:00       JCPenney,   P.O. Box 10001,   Dallas, TX 75301-0001
6771432       EDI: SEARS.COM May 19 2008 15:58:00       Sears Credit Cards,   P.O. Box 183082,
               Columbus, OH 43218-3082
6771436       EDI: WFFC.COM May 19 2008 15:58:00       Wells Fargo,   P.O. Box 6412,
               Carol Stream, IL 60197-6412
6771437      +EDI: WFFC.COM May 19 2008 15:58:00       Wells Fargo Card Services,   P.O. Box 9210,
               Des Moines, IA 50306-9210
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 21, 2008**          **Signature:** *Joseph Speetjens*