Form ntchrgBKNH

# UNITED STATES BANKRUPTCY COURT
# District of Connecticut

In Re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade and address):

Denise M. Audet  
7 Burgundy Hill Lane  
Middletown, CT 06457

Bankruptcy Proceeding No.: 08–31595  
Chapter: 7  
Judge: Albert S. Dabrowski

## NOTICE OF HEARING

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

PLEASE TAKE NOTICE that a hearing will be held at

Connecticut Financial Center, 157 Church Street, 18th Floor, New Haven, CT 06510

on 6/11/08 at 10:00 AM

to consider and act upon the following:

*8* – Court's Motion to Dismiss Case For Failure to Pay Filing Fee. (VanKruiningen, Karen)

**NOTICE IS FURTHER GIVEN that, unless otherwise ordered by the court the initial hearing on the foregoing will be a nonevidentiary hearing and, further,** that said hearing may be continued or adjourned from time to time without further notice other than an order in open court.

**If you want the court to consider your views on the above mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date.**

**If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Date of Issuance by the Clerk: 5/20/08

*Deborah S. Hunt*

Clerk, U.S. Bankruptcy Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0205-3           User: vankruini              Page 1 of 1             Date Rcvd: May 20, 2008
Case: 08-31595                 Form ID: hrgBKNH             Total Served: 21

The following entities were served by first class mail on May 22, 2008.
db          +Denise M. Audet,    7 Burgundy Hill Lane,    Middletown, CT 06457-6327
6771418      American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
6771419      Bank of America,    P.O. 15726,    Wilmington, DE 19886-5726
6771420      Capital One,    P.O. Box 70884,    Charlotte, NC 28272-0884
6771421      Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
6771422      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
6771424     +Citi Cards,    P.O. Box 45129,    Jacksonville, FL 32232-5129
6771423      Citi Cards,    P.O. Box 183052,    Columbus, OH 43218-3052
6771426      Exxon Mobil,    Credit Card Center,    P.O. Box 688940,    Des Moines, IA 50368-8940
6771427     +GC Services LP,    P.O. Box 26999,    San Diego, CA 92196-0999
6771428     +Howard Lee Schiff, PC,    P.O. Box 280245,    East Hartford, CT 06128-0245
6771431     +NCO Finacial Systems, Inc.,    4740 Baxter Road,    Virginia Beach, VA 23462-4484
6771430      National Financial Systems,    600 W. John Street,    P.O. Box 9041,    Hicksville, NY 11802-9041
6771432      Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
6771433     +The New England Athletic Club,    6 Progress Drive,    Cromwell, CT 06416-1034
6771434      The Palmer Firm,    P.O. Box 1700,    Rancho Cucamonga, CA 91729-1700
6771435     +Warranty Financial LLC,    300 S Wacker Dr., Ste. 2250,    Chicago, IL 60606-6700
6771436      Wells Fargo,    P.O. Box 6412,    Carol Stream, IL 60197-6412
6771437     +Wells Fargo Card Services,    P.O. Box 9210,    Des Moines, IA 50306-9210

The following entities were served by electronic transmission on May 20, 2008.
6771425       E-mail/PDF: mrdiscen@discoverfinancial.com May 20 2008 19:16:39      Discover Card,
               P.O. Box 15251,    Wilmington, DE 19886-5251
6771429      +E-mail/PDF: gecsedi@recoverycorp.com May 20 2008 19:02:00      JCPenney,    P.O. Box 10001,
               Dallas, TX 75301-0001
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 22, 2008**           **Signature:** *Joseph Speetjens*