Certificate Number: 01356-CT-DE-004354248

Bankruptcy Case Number: 08-31595

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on June 30, 2008, at 6:52 o'clock PM EDT,

Denise M Audet completed a course on personal financial management given by internet by

Hummingbird Credit Counseling and Education, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Connecticut.

Date: July 2, 2008     By     /s/Sarah L Boyle for Victoria Wright

Name   Victoria Wright

Title    Executive Director of Education