B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Connecticut
Case No. **08–31595**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Denise M. Audet
   7 Burgundy Hill Lane
   Middletown, CT 06457

Social Security No.:
   xxx–xx–7754

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                BY THE COURT

Dated: 8/26/08

                                                Deborah S. Hunt
                                                Clerk, U.S. Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF SERVICE

```
District/off: 0205-3              User: vankruini            Page 1 of 1              Date Rcvd: Aug 26, 2008
Case: 08-31595                    Form ID: B18               Total Served: 21

The following entities were served by first class mail on Aug 28, 2008.
db          +Denise M. Audet,    7 Burgundy Hill Lane,    Middletown, CT 06457-6327
6771419      Bank of America,    P.O. 15726,    Wilmington, DE 19886-5726
6771424     +Citi Cards,    P.O. Box 45129,    Jacksonville, FL 32232-5129
6771423      Citi Cards,    P.O. Box 183052,    Columbus, OH 43218-3052
6771426      Exxon Mobil,    Credit Card Center,    P.O. Box 688940,    Des Moines, IA 50368-8940
6771427     +GC Services LP,    P.O. Box 26999,    San Diego, CA 92196-0999
6771428     +Howard Lee Schiff, PC,    P.O. Box 280245,    East Hartford, CT 06128-0245
6771431     +NCO Finacial Systems, Inc.,    4740 Baxter Road,    Virginia Beach, VA 23462-4484
6771430      National Financial Systems,    600 W. John Street,    P.O. Box 9041,    Hicksville, NY 11802-9041
6771432      Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
6771433     +The New England Athletic Club,    6 Progress Drive,    Cromwell, CT 06416-1034
6771434      The Palmer Firm,    P.O. Box 1700,    Rancho Cucamonga, CA 91729-1700
6771435     +Warranty Financial LLC,    300 S Wacker Dr., Ste. 2250,    Chicago, IL 60606-6700
6771436      Wells Fargo,    P.O. Box 6412,    Carol Stream, IL 60197-6412
6771437     +Wells Fargo Card Services,    P.O. Box 9210,    Des Moines, IA 50306-9210

The following entities were served by electronic transmission on Aug 26, 2008.
6771418      EDI: AMEREXPR.COM Aug 26 2008 16:03:00      American Express,    P.O. Box 1270,
              Newark, NJ 07101-1270
6771419      EDI: BANKAMER2.COM Aug 26 2008 16:03:00      Bank of America,    P.O. 15726,
              Wilmington, DE 19886-5726
6771420      EDI: CAPITALONE.COM Aug 26 2008 16:03:00      Capital One,    P.O. Box 70884,
              Charlotte, NC 28272-0884
6771421      EDI: CHASE.COM Aug 26 2008 16:03:00      Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
6771422      EDI: CHASE.COM Aug 26 2008 16:03:00      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
6771425      EDI: DISCOVER.COM Aug 26 2008 16:03:00      Discover Card,    P.O. Box 15251,
              Wilmington, DE 19886-5251
6771429     +EDI: RMSC.COM Aug 26 2008 16:03:00      JCPenney,    P.O. Box 10001,    Dallas, TX 75301-0001
6771432      EDI: SEARS.COM Aug 26 2008 16:03:00      Sears Credit Cards,    P.O. Box 183082,
              Columbus, OH 43218-3082
6771436      EDI: WFFC.COM Aug 26 2008 16:03:00      Wells Fargo,    P.O. Box 6412,
              Carol Stream, IL 60197-6412
6771437     +EDI: WFFC.COM Aug 26 2008 16:03:00      Wells Fargo Card Services,    P.O. Box 9210,
              Des Moines, IA 50306-9210
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2008**                    **Signature:**    *Joseph Speetjens*